## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 13 |
| Rebeka Ann Larson, | Case No. 16-41177 |
| Debtor. | |

### ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Granite Community Bank, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable non-bankruptcy law with respect to the following property:

| **Mortgaged Property** | **Legal Description** |
|---|---|
| 507 8th Avenue North, St. Cloud, MN | Unit 507 and Garage Unit G-507, Common Interest Community No. 31, a condominium, Townhomes on 8th Avenue North, Stearns County, Minnesota. |
| 509 8th Avenue North, St. Cloud, MN | Unit 509 and Garage Unit G-509, Townhomes on 8th Avenue North, Common Interest Community No. 31, together with an undivided 20% interest in common elements, according to the plat and survey thereof, now on file and of record in the office of the Stearns County Recorder. |
| 511 8th Avenue North, St. Cloud, MN | Unit 511 and Garage Unit G-511, Stearns County Common Interest Community No. 31, Condominium, Townhomes on 8th Avenue North, according to the plat and survey thereof, now on file and of record in the office of the Stearns County Recorder. |

| | |
|---|---|
| 513 8th Avenue North, St. Cloud, MN | Unit 513, and Garage Unit 513, and 20% of the common elements, all in Townhomes on 8th according to the plat and survey thereof, now on file and of record in the office of the Stearns County Recorder. |
| 519 8th Avenue North, St. Cloud, MN | The Northerly Twenty-two (22) feet of Lot Eight (8) and the Southerly Twenty-two (22) feet of Lot Nine (9), in Block Forty-one (41), of the City of St. Cloud, according to the play thereof made by John L. Wilson, and on file and of record in the office of the County Recorder in and for Stearns County, Minnesota. |
| 4206 Center Street, St. Cloud, MN | Lot 14, Block 9, Chantry Estates, Stearns County, Minnesota. |
| 9440 Riverview Drive, Becker, MN | Lot Four (4), Block Two (2), Elkwood Addition, Sherburne County, Minnesota |

3.  Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: May 26, 2016

/e/ Robert J. Kressel

Robert J. Kressel
United States Bankruptcy Judge